# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAZEMINE AMA LEE,

    Plaintiff,

v.                                                        Case No. 25-CV-180

WOOD COUNTY, *et al.*,

    Defendants.

## RECOMMENDATION DISMISSING COMPLAINT[1]

On February 5, 2025, Jazemine Lee filed a *pro se* complaint against Wood County, Wood County Police Department, and Officer Alesha Brondidge. (Docket # 1.) Additionally, Lee filed a motion for leave to proceed without prepaying the filing fee (*in forma pauperis*). (Docket # 4.) In an Order dated April 17, 2025, I granted Lee's request for leave to proceed without prepayment of the filing fee and screened her complaint. (Docket # 6.) Upon screening, I found it was not clear whether Lee had stated a viable claim based on the scant facts in the complaint. As such, Lee was granted leave to file an amended complaint by May 8, 2025, consistent with the Court's Order. Lee was warned that failure to timely file an amended complaint would result in a recommendation that the action be dismissed.

As of the date of this Order, Lee has not filed an amended complaint. Nor has the Court's previous Order been returned as undeliverable. Thus, consistent with the Court's previous warning, I recommend that the complaint be dismissed for failure to state a claim.

---

[1] Because the defendants have not yet appeared and had an opportunity to consent or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the screening of the plaintiff's complaint. *See Coleman v. Labor and Industry Review Commission*, 860 F.3d 461(7th Cir. 2017).

**NOW, THEREFORE, IT IS RECOMMENDED** that Lee's complaint be dismissed for failure to state a claim.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Courtesy paper copies of any objections shall be sent directly to the chambers of the district judge assigned to the case. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 29th day of May, 2025.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge